Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CoreLogic Solutions, LLC  v.  Interthinx, Inc.

No. 14-1489

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ✓ As counsel for: CoreLogic Solutions, LLC
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
✓ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name: Eric A. Shumsky
Law firm: Orrick, Herrington & Sutcliffe LLP
Address: 1152 15th Street
City, State and ZIP: Washington, DC 20005-1706
Telephone: 202-339-8400
Fax #: 202-339-8500
E-mail address: eshumsky@orrick.com

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 8/29/2006

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ✓ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

June 2, 2014                        /s/ Eric A. Shumsky
Date                                Signature of pro se or counsel

cc: Counsel of Record, U.S. Patent and Trademark Office

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June 2014, I caused the foregoing Entry of Appearance to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send notification of such filing to all counsel of record.

I hereby further certify that on this 2nd day of June 2014, I caused the foregoing Entry of Appearance to be served via U.S. Mail on the following counsel:

Nathan K. Kelley, Solicitor
United States Patent and Trademark Office
Office of the Solicitor
P.O. Box 1450
Mail Stop 8
Alexandria, VA 22213

*Counsel for the United States Patent and Trademark Office.*

Respectfully submitted,

*/s/ Eric A. Shumsky*
Eric A. Shumsky