Case No. 2014-1489

_____

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

_____

|  |  |
|---|---|
| CORELOGIC SOLUTIONS, LLC, | ) |
|  | ) |
| Appellant, | ) |
|  | ) |
| v. | ) |
|  | ) |
| INTERTHINX, INC., | ) |
|  | ) |
| Appellee. | ) |

_____

**CORELOGIC SOLUTIONS, LLC'S UNOPPOSED
MOTION TO WITHDRAW THE APPEAL**

_____

Pursuant to Federal Rule of Appellate Procedure 42(b), Appellant CoreLogic Solutions, LLC ("CoreLogic") respectfully moves to withdraw this appeal. There is no other current party to the appeal (as Interthinx, Inc. settled prior to issuance of the PTAB's final written decision), but CoreLogic has conferred with counsel for the PTO (which filed a notice of intervention, *see* Dkt. No. 8, that has not yet been granted), and the PTO does not oppose dismissal. The parties will bear their own costs.

Appellant CoreLogic therefore respectfully requests that this Court grant this unopposed motion to withdraw the appeal.

Dated: July 1, 2014                                  Respectfully submitted,

  /s/ Eric A. Shumsky
Eric A. Shumsky
ORRICK, HERRINGTON
& SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC 20005
Tel: (202) 339-8400

*Attorney for Appellant CoreLogic Solutions LLC.*

**Form 9**

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CoreLogic Solutions, LLC     v.     Interthinx, Inc.

No. 14-1489

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) CoreLogic Solutions, LLC certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:
CoreLogic Solutions, LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:
None.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:
Appellant CoreLogic Solutions, LLC is wholly owned by CoreLogic, Inc., a Delaware Corporation. T. Rowe Price Associates, Inc. (a company privately held by T. Rowe Price Group, Inc., a publicly held corporation) owns 10 percent or more of CoreLogic, Inc.'s stock.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:
See attached

June 2, 2014                                /s/ Eric A. Shumsky
    Date                                    Signature of counsel
                                            Eric A. Shumsky
                                            Printed name of counsel

Please Note: All questions must be answered
cc: Counsel of Record, U.S. Patent and Trademark Office

ATTACHMENT

LAW FIRMS FOR CERTIFICATE OF INTEREST

The names of all law firms and the partners or associates that appeared for the party represented by us before the Patent Trial and Appeal Board, or are expected to appear in this Court are:

ORRICK, HERRINGTON & SUTCLIFFE LLP

Eric A. Shumsky
I. Neel Chatterjee
Alec E. Orenstein
Andrew S. Ong

FISH & RICHARDSON, P.C.

W. Karl Renner
David L. Holt
Thomas A. Rozylowicz

OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, L.L.P.

Scott A. McKeown
Michael L. Kiklis

                          Respectfully submitted,

                          */s/ Eric A. Shumsky*
                          Eric A. Shumsky

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July 2014, I will electronically file the foregoing Unopposed Motion to Withdraw the Appeal using the Court's CM/ECF system. I further certify that I will serve the following counsel by First Class Mail:

Nathan K. Kelley
Scott C. Weidenfeller
Molly R. Silfen
Solicitor's Office/U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box. 1450
Alexandria, VA 22313
Tel. (571) 272-9035

*Attorneys for Intervenor Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office*

                                                    /s/ Eric A. Shumsky
                                                      Eric A. Shumsky